# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALYSSA SCHUKAR and SCOTT OLSON, <br><br> Plaintiffs, <br><br> v. <br><br> KENOSHA COUNTY, DAVID G. BETH, CITY OF KENOSHA, DANIEL G. MISKINIS, RACINE COUNTY, CHRISTOPHER K. SCHMALING, CITY OF RACINE, ART HOWELL, WAUKESHA COUNTY, ERIC J. SEVERSON, OZAUKEE COUNTY, JAMES JOHNSON, VILLAGE OF PLEASANT PRAIRIE, DAVID SMETANA, SAUK COUNTY, CHIP MEISTER, BRIAN DOE, STEVEN ROBAKOWSKI, FRANK MCELDERRY, NICOLAS OLINGER, NICK KIBLER, KENOSHA COUNTY SHERIFF DEPUTIES JOHN DOES 1–10, RACINE COUNTY SHERIFF DEPUTIES JOHN DOES 1–10, WAUKESHA COUNTY SHERIFF DEPUTIES JOHN DOES 1–10, OZAUKEE COUNTY SHERIFF DEPUTIES JOHN DOES 1–10, SAUK COUNTY SHERIFF DEPUTIES JOHN DOES 1–10, CITY OF KENOSHA POLICE OFFICER JOHN DOES 1–10, CITY OF RACINE POLICE OFFICER JOHN DOES 1–10, VILLAGE OF PLEASANT PRAIRIE POLICE OFFICER JOHN DOES 1–10, DELAFIELD POLICE OFFICER JOHN DOES 1–10, and | Case No. 23-CV-880-JPS <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **SCHEDULING ORDER** |

| UNKNOWN LAW ENFORCEMENT JOHN DOES 1–10, | |
|---|---|
| Defendants. | |

In order that the above-captioned litigation—now pending since July 2023—be brought to conclusion, the following dates have been set:[1]

**INTERIM SETTLEMENT REPORT:**     Friday, June 21, 2024

**DISPOSITIVE MOTIONS:**     Monday, July 1, 2024

Unless otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 4th day of October, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[1] Should a trial become necessary, the parties should anticipate that this case will go to trial in late October 2024.